**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2233**

WILLIAM SCOTT DAVIS, JR.,

              Plaintiff - Appellant,

         v.

DEPARTMENT OF STATE; SOCIAL SECURITY ADMINISTRATION,

              Defendants - Appellees,

         and

STATE OF NORTH CAROLINA; WAKE COUNTY NORTH CAROLINA
MUNICIPAL GOVERNMENT; TOWN OF CARY NORTH CAROLINA,

              Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
Chief District Judge.  (4:13-cv-00058-RBS-DEM)

Submitted:  January 31, 2017          Decided:  February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.  George Maralan
Kelley, III, Assistant United States Attorney, Norfolk,
Virginia; Peter Andrew Teumer, ROBEY TEUMER & DRASH, Norfolk,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order dismissing his Freedom of Information Act complaint and imposing upon him a prefiling review system for future civil actions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. Dep't of State</u>, No. 4:13-cv-00058-RBS-DEM (E.D. Va. Aug. 19, 2016). We deny all of Davis' pending motions, including his motions to remand, to vacate, to appoint counsel, and to appoint a guardian ad litem. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>